# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DIAZ, et al., | Case No. 1:26-cv-02089-SAB |
| Plaintiffs, | ORDER DENYING WITHOUT PREJUDICE STIPULATION AND PROPOSED PROTECTIVE ORDER |
| v. | |
| CARGILL MEAT SOLUTIONS CORPORATION, | (ECF No. 10) |
| Defendant. | |

On July 7, 2026, the parties filed a stipulation for entry of a protective order. (ECF No. 10.) Regarding the scope of the protections, the proposed order indicates that it would cover "Protected Material" as well as any information copied or extracted from the Protected Material; summaries of Protected Material; and any testimony, conversations, or presentations by the parties that might reveal Protected Material. (Id. at p. 3.) In turn, Protected Material is defined in the proposed order as: "any Disclosure or Discovery Material that is designated as 'CONFIDENTIAL.'" (Id.)

The Court finds that the proposed protective order does not comply with Rule 141.1(c)(1) of the Local Rules, which requires "[a] description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information."

Because the proposed order does not contain a description of the types of information eligible for protection, the Court DENIES the parties' request for approval of their stipulated protective order without prejudice to renewing the request in compliance with Local Rule 141.1.(c)(1).

IT IS SO ORDERED.

Dated:   **July 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2