# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VICTOR DIAZ, et al.,

Plaintiffs,

v.

CARGILL MEAT SOLUTIONS CORPORATION,

Defendant.

Case No. 1:26-cv-02089-SAB

ORDER RE: STIPULATION TO CONTINUE DEADLINE TO JOIN PARTIES OR AMEND PLEADINGS

(ECF No. 12)

Before the Court is the parties' stipulation to modify the scheduling order to continue the deadline to join parties or amend pleadings. (ECF No. 9.) For good cause shown, the Court approves the stipulation and ORDERS that the parties shall have through **September 1, 2026,** to join parties or amend pleadings.

IT IS SO ORDERED.

Dated: **July 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge